```
Andrew O. Smith, Esq., SBN 217538
Michael F. Colbert, Esq., SBN 319539
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail:  aosmith@pettitkohn.com
         mcolbert@pettitkohn.com
```

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.; AND DOES 1 TO 99, INCLUSIVE,<br><br>    Defendants. | CASE NO.:  2:20-CV-8328<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed:  April 10, 2020<br>Trial Date:         Not Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff LISA BRYANT ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 20STCV14174 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

2354-9292

1.      On April 10, 2020, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Lisa Bryant* v. *Walmart Inc.,* the State Action is attached hereto as Exhibit 1.

2.      Walmart was served with a copy of the complaint filed in the State Action and a summons from the State Court on June 11, 2020.  A copy of the summons is attached hereto as Exhibit 2.

3.      On July 10, 2020, Walmart filed its answer to Plaintiffs Complaint. A true and correct copy of the answer filed in the State Action is attached hereto as Exhibit 3.

4.      Based on a review of the State Court file as of September 11, 2020, no other Defendant has been served with any summons or complaint in the State Action.

5.      Plaintiff's complaint purports to assert causes of action for premises liability and negligence.

6.      The complaint seeks to recover compensatory damages, loss of income, emotional distress damages, punitive damages, interest, attorneys' fees, and costs.  (Exhibit 1, ¶ 2-3, pp. 7.)

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)**

7.      This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b).

8.      Plaintiff alleges that she is a citizen of the State of California.  (Exhibit 5, No. 45.)  Defendant is informed and believes that Plaintiff is a citizen of California.

9.      Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State

1  Business Search and the Arkansas Secretary of Business/Commercial Services are
2  attached hereto as Exhibits 6 and 7, respectively.
3      10.   Because the State Action is pending in the Superior Court of California
4  in and for the County of Los Angeles, removal of this action to this District Court is
5  proper under 28 U.S.C. section 1441 (a).
6      11.   Removal is timely under 28 U.S.C. section 1446 (b) because this
7  Notice of Removal is filed within 30 days of Walmart receiving notice that Plaintiff
8  was a citizen of California. (Exhibit 5, No. 45).
9      12.   Though Plaintiff's complaint does not specify the amount of
10 compensatory damages that she is seeking, Plaintiff's response to Special
11 Interrogatory No. 48 is that the amount in controversy exceeds $75,000. (Exhibit 5,
12 No. 48).
13     13.   Complete diversity of citizenship exists in that the Plaintiff is a citizen
14 of the State of California, a Defendant Walmart Inc., is a Delaware corporation,
15 headquartered in Arkansas.
16     14.   Written notice of the filing of this Notice of Removal will be promptly
17 served on Plaintiff.  A true and correct copy of this Notice of Removal and the
18 concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed
19 with the Clerk of the Superior Court of the State of California in and for the County
20 of Los Angeles as soon as practicable.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  WHEREFORE, Walmart requests that the above-entitled action be removed
2  from the Superior Court of the State of California, County of Los Angeles, to this
3  District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: September 11, 2020    By:    s/ Michael F. Colbert
                                    Andrew O. Smith, Esq.
                                    Michael F. Colbert, Esq.
                                    Attorneys for Defendant
                                    **WALMART INC.**
                                    aosmith@pettitkohn.com
                                    mcolbert@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**

was/were served on this date to counsel of record:

[X]   **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]   **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Sean M. Novak, Esq.
Farbod Youmtobian, Esq.
THE NOVAK LAW FIRM, P.C.
8383 Wilshire Blvd, Suite 634
Beverly Hills, CA 90211
Tel: (323) 424-4313
Fax: (323) 424-4357
Email: smn@novaklawfirm.com
          farbod@novaklawfirm.com
**Attorneys for Plaintiff
LISA BRYANT**

Executed on **September 11, 2020**, at Los Angeles, California.

*R. Malaya*
Robyn Malaya